IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN HUDSON**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-1434-L-BK** |
| | § | |
| **MTA COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's *pro se* complaint, filed May 8, 2012. Pursuant to Special Order 3, the Complaint was referred to United States Magistrate Judge Renee Harris Toliver. On June 20, 2012, the Findings, Conclusions, and Recommendations of the United States Magistrate Judge ("Report") were filed. No objections to the Report have been filed.

The magistrate judge sent a questionnaire to the Plaintiff on May 14, 2012, because the Complaint failed to allege sufficient facts to support Plaintiff's claims. On June 12, 2012, the questionnaire was returned to the court with the notation "Return to sender, Attempted unknown." Plaintiff has yet to apprise the court of his new address. The magistrate judge recommends that this case be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Having reviewed the Complaint, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. They are therefore **accepted** as those of the court, and the court **dismisses without prejudice** this action for want of prosecution.

**Order – Page 1**

**It is so ordered** this 11th day of July, 2012.

Sam A. Lindsay
United States District Judge

**Order – Page 2**